DECIDED FEBRUARY 3, 1933.

*J. B. & T. R. Burnside,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.


## 22877.   FOWLER *v.* THE STATE.

GUERRY, J.   The evidence supports the verdict, no error of law is shown, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed.   Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 3, 1933.

*George L. Goode,* for plaintiff in error.
*A. S. Skelton, solicitor-general,* contra.